# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**CHARLES M. CROONS,**

    Plaintiff,

v.                                        **CASE NUMBER: 6:10-cv-1277**

**NEW YORK STATE OFFICE OF MENTAL HEALTH, CENTRAL NEW YORK PSYCHIATRIC CENTER; DONALD SAWYER,** Executive Director; **DEBBIE COLLVER; SHARON M. SCHOEN; JOHN DOES; JANE DOES; PATRICIA L. BARDO;** and **COREY CONLEY,**

    Defendants.

**Decision by Court.** This action came to a hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Defendants' Motion for Summary Judgment is GRANTED and Plaintiff's Amended Complaint is DISMISSED.

All of the above pursuant to the order of the Honorable Judge David N. Hurd, dated the 12th day of May, 2014.

DATED: May 12, 2014

                                                   Clerk of Court

                                         By: s/ Nicole Killius
                                         Deputy Clerk